CA No.: 4:26-cv-00023

# EXHIBIT A

To Complaint

[redacted]

**DECISION SCIENCE LLC/LEND WYSE**
Inquired on 07/25/2024

6915 S RED RD STE 212,

[redacted]